NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEMETRIUS A. LEWIS,                         )
                                            )
            Appellant,                      )
                                            )
v.                                          )        Case No.  2D17-3254
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
                                            )
_____ )

Opinion filed March 16, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Thomas Barber,
Judge.

PER CURIAM.

            Affirmed.

CASANUEVA, CRENSHAW, and BADALAMENTI, JJ., Concur.